UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 SEP -6 PM 4: 35
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CRIMINAL NO.: |
| ERICK FRENCH (1) | ) A16 CR 215 SS |

## ORDER

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the Indictment and all related documents under seal. It is further ORDERED, based upon the Motion, that the Indictment and all related documents be unsealed following the arrest of the defendant's in the above-styled cause.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order shall remained sealed until such time as the warrant documents are unsealed.

SIGNED on this 6th day of September, 2016.

UNITED STATES Magistrate JUDGE