SEALED

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

2016 SEP -6  PM 4: 35

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KRC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **CRIMINAL NO.** |
| | § | |
| Plaintiff, | § | **INDICTMENT** A 16 CR 215 SS |
| | § | |
| v. | § | [Ct. I – Vio: 18 U.S.C. § 1001 – False Statement; and |
| | § | |
| ERICK FRENCH, | § | Ct. II – Vio: 18 U.S.C. § 1001 - False Statement] |
| | § | |
| Defendant. | § | |

**THE GRAND JURY CHARGES:**

**COUNT ONE
False Statement
(Violation of 18 U.S.C. § 1001)**

That on or about March 16, 2016, Erick French, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States by claiming to officers of the United States Federal Bureau of Investigation in the Western District of Texas to have not communicated that a criminal investigation into P.L. was being conducted by the Temple Police Department's Special Investigations Unit. The statement and representation were false because, as Erick French then and there knew, he had sent a text message advising S.L. about the criminal investigation.

In violation of 18 U.S.C. § 1001.

## COUNT TWO
### False Statement
### (Violation of 18 U.S.C. § 1001)

That on or about March 21, 2016, Erick French, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States by claiming to officers of the United States Federal Bureau of Investigation in the Western District of Texas to have not communicated that a criminal investigation into P.L. was being conducted by the Temple Police Department's Special Investigations Unit. The statement and representation were false because, as Erick French then and there knew, he had sent a text message advising S.L. about the criminal investigation.

In violation of 18 U.S.C. § 1001.

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

RICHARD L. DURBIN, JR.
ATTORNEY FOR THE UNITED STATES,

DANIEL D. GUESS
Assistant United States Attorney