UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | |
| | § | CRIMINAL NO: |
| (1) Erick French | § | AU:16-CR-00215(1)-SS |

# LIST OF WITNESSES
# JURY TRIAL - OCTOBER 31, 2016

| FOR GOVERNMENT | FOR DEFENDANT |
| --- | --- |
| 1. Det. Josh Moore, City of Temple, DEA Task Force | 1. |
| 2. Det. Joe Fiedler, City of Temple | 2. |
| 3. Special Agent Dan Tichenor, FBI San Antonio | 3. |
| 4. Special Agent Robert Gutierrez, FBI San Antonio | 4. |
| 5. Special Agent Russ Culver, DEA Task Force | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |